USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

                Plaintiff,

-against-

WEST SIDE GI, LLC,

                Defendant.

19 Civ. 953 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the pending motion to dismiss, ECF No. 36, it is hereby ORDERED that the case management conference scheduled for January 2, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 26, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge